| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 1:15-CR-17-1 |
| DEREK CORNELIUS BRISCOE § § § | |
| Defendant. § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On September 17, 2015, the United States magistrate judge filed his report recommending that the court grant the Taxing Authorities' petition in interest (Doc. No. 123). This report was based on the parties' Notice of Stipulation agreeing to forfeiture and a valid interest in the land by the Taxing Authorities. (Doc. No. 124.) Neither party has filed objections to the report and recommendation. Accordingly, it is **ORDERED** that the Taxing Authorities' petition in interest is **GRANTED**.

SIGNED at Plano, Texas, this 6th day of October, 2015.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE